## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RACHEL KELLY AND TONI BOARDMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DSV AIR & SEA, INC.,<br><br>Defendant. | C.A. No. 2:20-cv-01204-CCC-ESK |

## PLAINTIFFS' UNOPPOSED MOTION FOR COURT APPROVAL OF REVISED NOTICE OF SETTLEMENT

Plaintiffs Rachel Kelly and Toni Boardman, individually and on behalf of all others similarly situated ("Plaintiffs") hereby request that the Court approve Plaintiffs' Revised Notice of Settlement. In support of this Motion, Plaintiffs state as follows:

1. On November 20, 2020, Plaintiffs filed their Unopposed Motion for Preliminary Approval of the Fair Labor Standards Act ("FLSA") Settlement. (ECF No. 41.) The Proposed Notice filed with the Motion contemplated that the Court would conduct a Settlement Approval Hearing before granting Final Approval of the Settlement but did not include a hearing date. (*See* ECF No. 41–3.) The Notice also required Eligible Collective Class Members to return a Claim Form within 60 days from the date the Claims Administrator mails the Notice. (*Id.*)

2. On January 14, 2021, the Court granted Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement. (ECF No. 43.) In doing so, the Court directed the Claims Administrator to send the Notice of Settlement. (*Id.*) The Court also instructed Plaintiffs to file a Motion for Final Approval of the Settlement by May 21, 2021 but did not set a Final Approval Hearing date. (*Id.*)

3.     Accordingly, Plaintiffs contacted the Court to obtain a hearing date and were given a hearing date of June 10, 2021 at 10:30 a.m.  The parties understood that the Court wanted to approve a Revised Notice with the Final Approval Hearing date before Plaintiffs distributed Notice.  To that end, Plaintiffs sent a Revised Notice (with the consent and approval of Defendant) and Proposed Order to chambers via email on January 26, 2021.

4.     The Court has not approved the Revised Notice.  As such, in an abundance of caution and to ensure that Plaintiffs have enough time to facilitate notice before filing final approval papers by May 21, 2021, Plaintiffs submit this Motion and request that the Court approve the Revised Notice of Settlement filed with this Motion as Exhibit 1.  A redline version of the Revised Notice is attached as Exhibit 2.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order approving Plaintiffs' Revised Notice of Settlement.

DATED: March 4, 2021

Respectfully submitted,

/s/ Patricia A. Barasch
Patricia A. Barasch, NJ Bar No. 024631993
**SCHALL & BARASCH, LLC**
Moorestown Office Center
110 Marter Avenue, Suite 105
Moorestown, NJ 08057
Phone: (856) 914-9200
Facsimile: (856) 914-9420
Email: pbarasch@schallandbarasch.com

Reena I. Desai, MN Bar 388311*
Rachhana T. Srey, MN Bar 340133*
**NICHOLS KASTER, PLLP**
4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Email: srey@nka.com
       rdesai@nka.com

Benjamin L. Davis, III., MD Bar 29774*
**THE LAW OFFICES**
**OF PETER T. NICHOLL**
36 South Charles Street, Suite 1700
Baltimore, MD 21201
Phone: (410) 244-7005
Facsimile: (410) 244-8454
Email: bdavis@nicholllaw.com

*Pro hac vice*

*Attorneys for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2021, a true and correct copy of the foregoing Unopposed Motion for Court Approval of Revised Notice of Settlement was served via the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ *Patricia A. Barasch*
Patricia A. Barasch