# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RACHEL KELLY AND TONI BOARDMAN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br> DSV AIR & SEA, INC., <br><br> Defendant. | C.A. No. 2:20-cv-01204-CCC-ESK <br><br> **[PROPOSED] ORDER APPROVING REVISED NOTICE AND SETTING FINAL APPROVAL HEARING** |

**THIS MATTER** having come before the Court by Plaintiffs Rachel Kelly and Toni Boardman, individually and on behalf of all others similarly situated ("Plaintiffs") by way of their Motion to Approve Plaintiffs' Revised Notice of Collective Action Settlement and the Court having considered the submission, and good cause being shown,

**IT IS HEREBY ORDERED** that the Motion (ECF No. 44.) is **GRANTED**, and that:

1. The Court hereby approves Plaintiffs' Revised Notice of Collective Action Settlement (ECF No. 44–1) and directs the Administrator to send the Revised Notice in accordance with the Settlement Agreement.

2. The Court will conduct a Final Approval Hearing on June 10, 2021 at 10:30 a.m. EST at the United States Courthouse, 50 Walnut Street, Newark, New Jersey. Alternatively, the hearing may be held by telephone or video conference due to COVID-19 safety precautions.

3. The remaining provisions of the Court's January 14, 2021 Order (ECF No. 43), remain in place.

2

Dated: _____, 2021

_____
Hon. Claire C. Cecchi
United States District Court Judge