UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

RACHEL KELLY AND TONI
BOARDMAN, individually and
on behalf of all others similarly situated,

        Plaintiff,

v.

DSV AIR & SEA, INC.,

        Defendant.

Case No.: 2:20-cv-01204-CCC-ESK

_____

**PLAINTIFFS' <u>UNOPPOSED</u> MOTION FOR FINAL APPROVAL OF FLSA SETTLEMENT**

_____

    Plaintiffs Rachel Kelly and Toni Boardman, on behalf of themselves, the opt-in Plaintiffs, and the FLSA Collective Class, respectfully request that the Court grant Plaintiffs' Unopposed Motion for Final Approval of FLSA Settlement. The grounds for this motion are set forth in the supporting memorandum, declaration, and exhibits filed with it.

DATED: July 13, 2021

    Respectfully Submitted,

    /s/*Patricia A. Barasch*
    Patricia A. Barasch, NJ Bar No. 024631993
    **SCHALL & BARASCH, LLC**
    Moorestown Office Center
    110 Marter Avenue, Suite 105
    Moorestown, NJ 08057
    Telephone: (856) 914-9200
    Facsimile: (856) 914-9420
    Email: pbarasch@shallandbarasch.com

    Rachhana T. Srey, MN Bar 340133*
    Reena I. Desai, MN Bar 388311*
    **NICHOLS KASTER, PLLP**
    4700 IDS Center

80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
Email: srey@nka.com
      rdesai@nka.com

Benjamin L. Davis, III., MD Bar 29774*
**THE LAW OFFICES**
**OF PETER T. NICHOLL**
36 South Charles Street, Suite 1700
Baltimore, MN 21201
Phone: (410) 244-7005
Facsimile: (410) 244-8454
Email: bdavis@nicholllaw.com

*Pro hac vice*

**Attorneys for Plaintiffs and the Putative FLSA Collective**

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 13, 2021 I electronically filed the foregoing with the clerk of the District Court, using the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

                                                      /s/Patricia A. Barasch
                                                      Patricia A. Barasch